UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| - against - | : | 02-CR-251-1 (DC) |
| ELICE RIZZO, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**:

On October 26, 2021, the parties filed a stipulation of garnishment, agreeing to the garnishment of 10% of defendant's gross wages at her place of employment. Dkt. No. 21. The stipulation was apparently signed by the parties on October 22, 2021. Id. The government's transmittal letter explains that the garnishment is for the purpose of paying the restitution ordered by the Court. On November 4, 2021, however, the Court received a letter dated October 24, 2021, from defendant, asking for a reduction "from 10% of [her] monthly gross to a lesser monthly amount." Dkt. No. 22. As defendant's letter is dated after the apparent signature date of the stipulation, it is unclear whether defendant is requesting withdrawal from the stipulation or modification of the original restitution order or whether the matter has indeed been resolved.

      The government shall promptly communicate with defendant to ascertain her intentions and then advise the Court of where things stand.  If the matter is not resolved, the government shall respond to the defendant's request for modification within ten days hereof.  Defendant may respond to the government's letter within ten days thereafter.

      SO ORDERED.

Dated:    New York, New York
           November 8, 2021

                                        s/Denny Chin
                                        DENNY CHIN
                                        United States Circuit Judge
                                        Sitting by Designation