DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.:        (212) 637-2717
john.gura@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | PART I |
| Plaintiff and Judgment-Creditor, | : | STIPULATION AND ORDER OF GARNISHMENT |
| -v- | : | 02 CR 0251 (DC) |
| ELICE RIZZO, | : | |
| Defendant and Judgment-Debtor, | : | |
| and | : | |
| P.R.O.M.E.S.A, INC., | : | |
| Garnishee. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, on July 17, 2002, the United States of America (the "United States" or the "Government") obtained a judgment against the defendant Elice Rizzo (the "defendant") in the amount $92,105.00, and

WHEREAS, the balance of the judgment as of November 10, 2021, is $79,402.76; and

WHEREAS, the parties wish to enter into an agreement regarding payment of the judgment,

NOW, on the signed consent of the United States and the defendant,

IT IS HEREBY STIPULATED AND AGREED that P.R.O.M.E.S.A., Inc. (the "Garnishee") shall pay the Government 5 percent of the defendant's gross earnings, and continue such payments until the debt to the Government is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further order of this Court. Payment should be made payable to the "Clerk of the Court", and mailed to the United States District Court, 500 Pearl Street, Room 120, New York, New York 10007, Attn: Cashier.

Dated: New York, New York

November 10, 2021

AGREED AND CONSENTED TO:

By: _____

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for the United States
of America

JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.:       (212) 637-2717

_____
Elice Rizzo
Defendant, pro se

SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Circuit
Sitting by Designation    11-16-2021